COMMONWEALTH of Pennsylvania, Respondent,

v.

Frank John SHROYER, Petitioner.

Supreme Court of Pennsylvania.

April 28, 2000.

---

## ORDER

PER CURIAM:

**AND NOW**, this 28th day of April, 2000, the Petition for Allowance of Appeal is **GRANTED**. The order of the Superior Court is hereby **REVERSED**. The case is remanded to the Court of Common Pleas of Huntingdon County for consideration of the Post Conviction Relief Act petition on its merits.